NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**MBO LABORATORIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**BECTON, DICKINSON & COMPANY,**
*Defendant-Appellee.*

———————————————

2011-1446

———————————————

Appeal from the United States District Court for the District of Massachusetts in No. 03-CV-10038, Judge Richard G. Stearns.

———————————————

**JUDGMENT**

———————————————

JOHN M. SKENYON, Fish & Richardson, P.C. of Boston, Massachusetts, argued for plaintiff-appellant.

LISA J. PIROZZOLO, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for defendant-appellee. With her on the brief was WILLIAM G. MCELWAIN, of Washington, DC. Of counsel were ALEXANDRA C. BOUDREAU and JOHN C. POLLEY, of Boston, Massachusetts.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2012            /s/ Jan Horbaly
   Date                 Jan Horbaly
                          Clerk